

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00361-CV

IN THE INTEREST OF M.P., A CHILD § On Appeal from the 235th District Court

§ of Cooke County (CV17-00659)

§ February 7, 2019

§ Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and that the case is remanded to the trial court for appointment of counsel for Mother and for a new trial. The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Dabney Bassel_____
Justice Dabney Bassel